ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TYMIR IBN ABDULLAH,<br><br>    Petitioner,<br><br>    v.<br><br>F FOULK, Warden,<br><br>    Respondent. | Case No. EDCV 13-01055 AN<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus Filed By Person In State Custody.

DATED: October 11, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE