JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TYMIR IBN ABDULLAH, | Case No. EDCV 13-01055 AN |
| Petitioner, | |
| v. | JUDGMENT |
| F FOULK, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus Filed By Person In State Custody.

DATED: October 11, 2013

ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE